1  George M. Kraw (California Bar No. 71551)
   Donna L. Kirchner (California Bar No. 138320)
2  Katherine McDonough (California Bar No. 241426)
   Kraw and Kraw
3  605 Ellis Street, Suite 200
   Mountain View, CA 94043
4  Telephone: (650) 314-7800
   Facsimile: (650) 314-7899
5  gkraw@kraw.com
   dkirchner@kraw.com
6  kmcdonough@kraw.com

7  Counsel for Plaintiffs
   Resilient Floor Covering Pension Fund
8  Board of Trustees, Resilient Floor Covering Pension Fund

9

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO / OAKLAND DIVISION

13  RESILIENT FLOOR COVERING            )   Case No.: C11-00432 EDL
    PENSION FUND, et al.,               )
14                                      )   STIPULATION AND [PROPOSED] ORDER
                  Plaintiffs,           )   CONTINUING CASE MANAGEMENT
15                                      )   CONFERENCE AND DEADLINES
         v.                             )
16                                      )
    PRO INSTALLATIONS, INC., dba        )
17  PROSPECTRA CONTRACT FLOORING,       )
                                        )
18                Defendant.            )
    _____ )
19

20       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant jointly request that the

21  Court continue the case management conference and the deadlines set in the Order Setting Initial

22  Case Management Conference and ADR Deadlines by ~~28~~ 21 days, or such period of time as the court

23  deems appropriate. This short continuance and extension of time is warranted based on the fact the

24  parties first attempted to resolve this matter informally, and Plaintiffs have agreed to extend to May

25  2, 2011 the deadline for Defendant to respond to the complaint (which was served on March 10,

26  2011). Therefore,

27       THE PARTIES HEREBY STIPULATE to the following:

28       1.   The Initial Case Managment Conference currently scheduled for May ~~3~~ 10, 2011 shall be

        continued to May 31, 2011 at 10:00 a.m.

2. All deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines shall be extended by ~~28~~ 21 days.

There have been no prior changes to any Court ordered deadlines or dates in this case.

**IT IS SO STIPULATED**.

Dated: April ___, 2011　　　　　　　KRAW & KRAW


___/s/_____
Donna L. Kirchner, Esq.
Attorneys for Plaintiffs
RESILIENT FLOOR COVERING PENSION FUND AND BOARD OF TRUSTEES, RESILIENT FLOOR COVERING PENSION FUND


Dated: April ___, 2011　　　　　　　JACKSON LEWIS LLP


___/s/_____
Dion Y. Kohler, Esq.
Dylan Carp, Esq.
Attorneys for Defendant
PRO INSTALLATIONS, INC., dba PROSPECTRA CONTRACT FLOORING


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____May 4_____, 2011　　　_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

## ATTESTATION

I, Donna L. Kirchner, attest that signatory Dion Y. Kohler has read and approved the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINES** and has consented to its filing in this action.

_____/s/_____
Donna L. Kirchner