George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (California Bar No. 138320)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Plaintiffs
Resilient Floor Covering Pension Fund
Board of Trustees, Resilient Floor Covering Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRO INSTALLATIONS, INC., dba PROSPECTRA CONTRACT FLOORING, <br><br> Defendant. | Case No.: C11-00432 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant jointly request that the Court continue the discovery cutoff to October 14, 2011. This short extension of the cutoff is warranted based on the Court's order granting Plaintiffs leave to file the amended complaint, and setting September 2, 2011 (14 days after the August 19, 2011 order) as the deadline for Defendants to respond to the amended complaint. This extension will allow Plaintiffs to review Defendants' answer and affirmative defenses before propounding discovery. The parties previously sought an obtained a brief continuation of the Case Management Conference and extension of related deadlines. Therefore,

THE PARTIES HEREBY STIPULATE that the discovery cutoff shall be extended to

1  October 14, 2011.

2  **IT IS SO STIPULATED**.

3  Dated: August ___, 2011                KRAW & KRAW

4

5

6                                          _____
                                           Donna L. Kirchner, Esq.
7                                          Attorneys for Plaintiffs
                                           RESILIENT FLOOR COVERING PENSION FUND
                                           AND BOARD OF TRUSTEES, RESILIENT FLOOR
8                                          COVERING PENSION FUND

9

10 Dated: August ___, 2011                JACKSON LEWIS LLP

11

12                                         _____
                                           Dion Y. Kohler, Esq.
13                                         Dylan Carp, Esq.
                                           Attorneys for Defendant
14                                         PRO INSTALLATIONS, INC., dba PROSPECTRA
                                           CONTRACT FLOORING

15

16

17         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18 Dated: __September 6__, 2011           _/s/ Elizabeth D. Laporte_____
19                                         ELIZABETH D. LAPORTE
                                           United States Magistrate Judge

20

21

22

23

24

25

26

27

28

C11-0432 EDL  Stipulation and [proposed] Order Extending Discovery Cutoff                    *Page 2*

## ATTESTATION

I, Donna L. Kirchner, attest that signatory Dion Y. Kohler has read and approved the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINES** and has consented to its filing in this action.

_____/s/_____
Donna L. Kirchner