George M. Kraw (California Bar No. 71551)
Donna L. Kirchner (California Bar No. 138320)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
dkirchner@kraw.com
kmcdonough@kraw.com

Counsel for Plaintiffs
Resilient Floor Covering Pension Fund
Board of Trustees, Resilient Floor Covering Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>PRO INSTALLATIONS, INC., dba PROSPECTRA CONTRACT FLOORING,<br><br>             Defendant. | Case No.: C11-00432 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant jointly request that the Court continue the discovery cutoff to October 14, 2011. This short extension of the cutoff is warranted based on the Court's order granting Plaintiffs leave to file the amended complaint, and setting September 2, 2011 (14 days after the August 19, 2011 order) as the deadline for Defendants to respond to the amended complaint. This extension will allow Plaintiffs to review Defendants' answer and affirmative defenses before propounding discovery. The parties previously sought an obtained a brief continuation of the Case Management Conference and extension of related deadlines. Therefore,

THE PARTIES HEREBY STIPULATE that the discovery cutoff shall be extended to

October 14, 2011.

**IT IS SO STIPULATED**.

Dated: August ___, 2011				KRAW & KRAW


					_____
					Donna L. Kirchner, Esq.
					Attorneys for Plaintiffs
					RESILIENT FLOOR COVERING PENSION FUND
					AND BOARD OF TRUSTEES, RESILIENT FLOOR
					COVERING PENSION FUND


Dated: August ___, 2011				JACKSON LEWIS LLP


					_____
					Dion Y. Kohler, Esq.
					Dylan Carp, Esq.
					Attorneys for Defendant
					PRO INSTALLATIONS, INC., dba PROSPECTRA
					CONTRACT FLOORING


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __September 6__, 2011		_____
					ELIZABETH D. LAPORTE
					United States Magistrate Judge

## ATTESTATION

I, Donna L. Kirchner, attest that signatory Dion Y. Kohler has read and approved the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINES** and has consented to its filing in this action.

_____/s/_____
Donna L. Kirchner