DYLAN B. CARP (Cal. State Bar No. 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.394.9400
Facsimile: 415.394.9401
Email: carpd@jacksonlewis.com

DION Y. KOHLER (Ga State Bar No. 727715)
(*Pro Hac Vice* Petition Pending)
JACKSON LEWIS LLP
1155 Peachtree Street N.E.
Suite 1000
Atlanta, GA 30309
Telephone: 404.525.8200
Facsimile: 404.525.1173
Email: kohlerd@jacksonlewis.com

Attorneys for Defendant
PRO INSTALLATIONS, INC. DBA
PROSPECTRA CONTRACT FLOORING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND,<br><br>and<br><br>BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND<br><br>Plaintiffs,<br><br>v.<br><br>PRO INSTALLATIONS, INC. DBA PROSPECTRA CONTRACT FLOORING, a Corporation doing business in California,<br><br>Defendant. | Case No. C11-00432 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant jointly request that the Court continue the discovery cutoff to October 28, 2011. This short extension of the cutoff is needed to accommodate witnesses' schedules for depositions. The Court previously granted one such extension. Therefore,

1  THE PARTIES HEREBY STIPULATE that the discovery cutoff shall be extended to
2  October 28, 2011.

3  Dated: October 6, 2011                    JACKSON LEWIS LLP

5  By: _____
6  Dylan B. Carp
   Dion Y. Kohler
7  Attorneys for Defendant
   PRO INSTALLATIONS, INC. DBA
   PROSPECTRA CONTRACT
8  FLOORING

9  Dated: October 6, 2011                    KRAW AND KRAW

11  By:  /s/
12  George M. Kraw
    Donna L. Kirchner
13  Katherine McDonough
    Attorneys for Plaintiff
14  RESILIENT FLOOR COVERING
    PENSION FUND BOARD OF
15  TRUSTEES AND RESILIENT
    FLOOR COVERING PENSION
    FUND

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18  Dated: October 11, 2011          _Elizabeth D. Laporte_
19                                    ELIZABETH D. LAPORTE
                                      United States Magistrate Judge

21  4846-1398-6059, v. 1

---

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF
Case No. C11-00432 EDL