1  DYLAN B. CARP (Cal. State Bar No. 196846)
   JACKSON LEWIS LLP
2  199 Fremont Street, 10th Floor
   San Francisco, CA 94105
3  Telephone:  415.394.9400
   Facsimile:  415.394.9401
4  Email:      carpd@jacksonlewis.com

5  DION Y. KOHLER (Ga. State Bar No. 727715)
   (*Pro Hac Vice* Petition Pending)
6  JACKSON LEWIS LLP
   1155 Peachtree Street N.E.
7  Suite 1000
   Atlanta, GA 30309
8  Telephone:  404.525.8200
   Facsimile:  404.525.1173
9  Email:      kohlerd@jacksonlewis.com

10 Attorneys for Defendant
   PRO INSTALLATIONS, INC. DBA
11 PROSPECTRA CONTRACT FLOORING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> and <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND <br><br> Plaintiffs, <br><br> v. <br><br> PRO INSTALLATIONS, INC. DBA PROSPECTRA CONTRACT FLOORING, a Corporation doing business in California, <br><br> Defendant. | Case No. C11-00432 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT DEADLINES** <br>  **AS MODIFIED** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant jointly request that the Court continue the hearing on Plaintiff's motion for summary judgment (as well as the deadline to hear the motion) from December 20, 2011 to 9:00 a.m. on January 3, 2012, and continue the due dates for Defendant's opposition and Plaintiff's reply accordingly. This short

1

Case No. C11-00432 EDL

STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT DEADLINES

continuance is requested to permit the parties to continue with settlement discussions. The Court has not previously granted any such extension. Therefore,

THE PARTIES HEREBY STIPULATE that the hearing on Plaintiff's motion for summary judgment (as well as the deadline to hear the motion) be continued from December 20, 2011 to 9:00 a.m. on January 3, 2012, and the due dates for Defendant's opposition and Plaintiff's reply be continued accordingly.

Dated: November 22, 2011

JACKSON LEWIS LLP

By: s/Dylan B. Carp
Dylan B. Carp
Dion Y. Kohler
Attorneys for Defendant
PRO INSTALLATIONS, INC. DBA PROSPECTRA CONTRACT FLOORING

Dated: November 22, 2011

KRAW AND KRAW

By: s/Donna L. Kirchner
George M. Kraw
Donna L. Kirchner
Katherine McDonough
Attorneys for Plaintiff
RESILIENT FLOOR COVERING PENSION FUND BOARD OF TRUSTEES AND RESILIENT FLOOR COVERING PENSION FUND

**ORDER**
The hearing on Plaintiff's motion for summary judgment is continued to January 17, 2012 at 9:00 am. The opposition brief shall be due on December 13 and the reply brief due on December 20, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated: November 29, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

4849-2073-7294, v. 1