DYLAN B. CARP (Cal. State Bar No. 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone:  415.394.9400
Facsimile:  415.394.9401
Email:  carpd@jacksonlewis.com

DION Y. KOHLER  (Ga. State Bar No. 727715)
(*Pro Hac Vice* Petition Pending)
JACKSON LEWIS LLP
1155 Peachtree Street N.E.
Suite 1000
Atlanta, GA 30309
Telephone:  404.525.8200
Facsimile:  404.525.1173
Email:  kohlerd@jacksonlewis.com

Attorneys for Defendant
PRO INSTALLATIONS, INC. DBA
PROSPECTRA CONTRACT FLOORING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, <br><br> and <br><br> BOARD OF TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND <br><br> Plaintiffs, <br><br> v. <br><br> PRO INSTALLATIONS, INC. DBA PROSPECTRA CONTRACT FLOORING, a Corporation doing business in California, <br><br> Defendant. | Case No. C11-00432 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT DEADLINES** <br> **AS MODIFIED** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant jointly request that the Court continue the hearing on Plaintiff's motion for summary judgment (as well as the deadline to hear the motion) from December 20, 2011 to 9:00 a.m. on January 3, 2012, and continue the due dates for Defendant's opposition and Plaintiff's reply accordingly. This short

continuance is requested to permit the parties to continue with settlement discussions. The Court has not previously granted any such extension. Therefore,

THE PARTIES HEREBY STIPULATE that the hearing on Plaintiff's motion for summary judgment (as well as the deadline to hear the motion) be continued from December 20, 2011 to 9:00 a.m. on January 3, 2012, and the due dates for Defendant's opposition and Plaintiff's reply be continued accordingly.

Dated: November 22, 2011                                   JACKSON LEWIS LLP

By:    s/Dylan B. Carp
Dylan B. Carp
Dion Y. Kohler
Attorneys for Defendant
PRO INSTALLATIONS, INC. DBA
PROSPECTRA CONTRACT
FLOORING

Dated: November 22, 2011                                   KRAW AND KRAW

By:    s/Donna L. Kirchner
George M. Kraw
Donna L. Kirchner
Katherine McDonough
Attorneys for Plaintiff
RESILIENT FLOOR COVERING
PENSION FUND BOARD OF
TRUSTEES AND RESILIENT
FLOOR COVERING PENSION
FUND

**ORDER**
The hearing on Plaintiff's motion for summary judgment is continued to January 17, 2012 at 9:00 am. The opposition brief shall be due on December 13 and the reply brief due on December 20, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**

Dated: November 29, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

4849-2073-7294, v. 1

---

2                                                                                         Case No. C11-00432 EDL
STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT DEADLINES