UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND | |
| Plaintiff(s), | No. 11-00432 EDL |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| PRO INSTALLATIONS, INC. | |
| Defendant(s). | |
| _____/ | |

On March 23, 2012, Plaintiffs filed a request to continue the Case Management Conference previously scheduled for March 29, 2012 because the parties have executed a settlement agreement and Plaintiff is waiting for payment pursuant to the agreement. Defendant has filed a Notice of Non-Opposition to the request. Good cause appearing, the Case Management Conference is continued to April 24, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 27, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2