UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RESILIENT FLOOR COVERING PENSION FUND

    Plaintiff(s),

    v.

PRO INSTALLATIONS, INC.

    Defendant(s).

No. 11-00432 EDL

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

On March 23, 2012, Plaintiffs filed a request to continue the Case Management Conference previously scheduled for March 29, 2012 because the parties have executed a settlement agreement and Plaintiff is waiting for payment pursuant to the agreement. Defendant has filed a Notice of Non-Opposition to the request. Good cause appearing, the Case Management Conference is continued to April 24, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 27, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge

2